AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Rosario Garcia Hernandez

*Defendant*

Case No. CR 26 - 188(1) KMM/ECW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rosario Garcia Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

- ✓ Indictment
- Superseding Indictment
- Information
- Superseding Information
- Complaint
- Probation Violation Petition
- Supervised Release Violation Petition
- Violation Notice
- Order of the Court
- Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Methamphetamine 21:841(a)(1), (b)(1)(A) and 846
Count 6: Possession With Intent to Distribute Methamphetamine 21:841(a)(1), (b)(1)(A)

Date: 10/20/2026

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*


### Return

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________________ Weight: ______________________

Sex: ______________________ Race: ______________________

Hair: ______________________ Eyes: ______________________

Scars, tattoos, other distinguishing marks: ______________________

______________________

______________________

History of violence, weapons, drug use: ______________________

______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

______________________

FBI number: ______________________

Complete description of auto: ______________________

______________________

Investigative agency and address: ______________________

______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________________

______________________

______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________

______________________

______________________